**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 29 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-10549 |
| Plaintiff-Appellee, | D.C. No. 4:16-cr-00990-RM |
| v. | |
| SYLVIA FLORES, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Rosemary Márquez, District Judge, Presiding

Submitted October 22, 2018[**]

Before:     SILVERMAN, GRABER, and GOULD, Circuit Judges.

Sylvia Flores appeals from the district court's judgment and challenges her jury-trial convictions and 60-month concurrent sentences for possession with intent to distribute methamphetamine and heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C); and importation of methamphetamine and heroin, in violation of 21

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. §§ 952(a), 960(a)(1), and 960(b)(3).  Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Flores's counsel has filed a brief stating that there are no grounds

for relief, along with a motion to withdraw as counsel of record.  We have

provided Flores the opportunity to file a pro se supplemental brief.  No pro se

supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**